MARC S. HINES (SBN 140065)
mhines@hineshamptonllp.com
NICOLE M. HAMPTON (SBN 189024)
nhampton@hineshamptonllp.com
HINES HAMPTON, LLP
34 Executive Park, Suite 260
Irvine, California 92614
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendants,
NATIONWIDE MUTUAL INSURANCE COMPANY AND
AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALLA SUZDALTSEV, YURIY SUZDALTSEV<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO.:**<br><br>[Lower Court Case No.: PC058696 Los Angeles County Superior Court – Chatsworth Courthouse]<br><br>**PROOF OF SERVICE re REMOVAL DOCUMENTS**<br><br>**Complaint filed: August 7, 2018**<br>**Trial Date: None Set** |

## PROOF OF SERVICE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 34 Executive Park, Suite 260, Irvine, CA 92614.

    On February 14, 2019, I served the foregoing document described as:

- **DEFENDANTS' NOTICE OF REMOVAL OF ACTION;**

- **DEFENDANTS' DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES;**

- **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT;**

- **CERTIFICATE OF SERVICE OF NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT**

By placing the [ ] original [X] a copy thereof enclosed in a sealed envelope, addressed as follows:

> Hovhanes H. Tatevosian
> Law Offices of Hovhanes Tatevossian
> 5900 Sepulveda Blvd., Ste. 270
> Sherman Oaks, California 91411
> *Attorneys for Plaintiff*

[X]  **BY MAIL:** I deposited such envelope(s) in the mail at Irvine, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid the ordinary course of business. I am aware that on motion of the party served, services is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY PERSONAL SERVICE:** I caused a true and correct copy thereof enclosed in a sealed envelope to be delivered by hand to the above-named addressee(s) by courier, DDS Legal.

[ ]  **BY ELECTRONIC MAIL TRANSMISSION:** I caused the above-referenced document to be electronically transmitted to the person(s) set forth in the attached service list, at the e-mail address(es) set forth thereto.

[X]  **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed February 14, 2019 Irvine, California.

                                      /s/ *Bethany Ary*
                                      Bethany Ary